360 A.2d 636

COMMONWEALTH

v.

BURKE, Appellant.

Submitted December 16, 1975. Michael D. Fioretti, for appellant; David Fabe Michelman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.